IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| CHESTER H. TRIDLE, JR., ET AL. | § |
| | § |
| VS. | §   Case No. 9:07-CV-213 |
| | § |
| UNION PACIFIC RAILWAY COMPANY | § |

**ORDER OF TRANSFER**

This case is hereby **TRANSFERRED** to the docket of the Honorable Thad Heartfield.

So **ORDERED** and **SIGNED** this **10** day of **September, 2007.**

_____
Ron Clark, United States District Judge