

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CHESTER H. TRIDLE, JR., ET AL | § | |
| | § | |
| V. | § | 9:07CV213 |
| | § | |
| UNION PACIFIC RAILROAD CO. | § | |
| | § | |

### REFERRAL OF PRETRIAL MATTERS TO UNITED STATES MAGISTRATE JUDGE

The court REFERS any pending or future motion for injunctive relief, for judgment on the pleadings, for summary judgment, or for dismissal to United States Magistrate Judge Judith K. Guthrie for a report and recommendation. See 28 U.S.C. § 636(b)(1)(A)-(C); E.D. Tex. R. app. B (Rule 1(D)(1)).

The Court REFERS all other pretrial matters to Judge Guthrie for determination. See 28 U.S.C. § 636(b)(1)(A) & (3); E.D. Tex. R. app. B (Rule 1(C)).

The Court RECOMMENDS that counsel review 28 U.S.C. § 636 and Appendix B of the Local Rules for the Eastern District of Texas, both of which address the assignment of duties to United States Magistrate Judges.

SO ORDERED.

**SIGNED** this the **19** day of **September, 2007.**

_____
Thad Heartfield
United States District Judge