IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHESTER H. TRIDLE, JR., ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV213 |
| UNION PACIFIC RAILROAD COMPANY | § | |

<u>ORDER</u>

 Plaintiff Bobby Conner filed a Motion for Emergency Hearing on Temporary Restraining Order (document #5) on September 21, 2007. Plaintiff seeks a Temporary Restraining Order to restrain Defendant from proceeding with an investigatory hearing that is scheduled for Wednesday, September 26, 2007. After due consideration, it is hereby

 **ORDERED** that a telephone hearing will be conducted on **Tuesday, September 25, 2007 at 2:00 p.m.** Plaintiff shall initiate the call.

 At this point in the proceedings, Defendant has not filed an answer to the lawsuit. Plaintiff shall diligently attempt to provide notice to Defendant of the hearing by notifying a corporate representative, as well as attorney Mainess Gibson. Plaintiff states in the motion that Mainess Gibson is representing Defendant in other FELA lawsuits that are currently pending and Plaintiff previously discussed the substance of this motion with Mr. Gibson.

 So **ORDERED** and **SIGNED** this **24** day of **September, 2007.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE