IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHESTER H. TRIDLE, JR., ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV213 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

Plaintiff Bobby Conner filed a Motion for Emergency Hearing on Temporary Restraining Order (document #5) on September 21, 2007.  A telephone hearing on the matter was scheduled for Tuesday, September 25, 2007 at 2:00 p.m.  The undersigned has now been notified by counsel for Plaintiff that a hearing is no longer necessary at this time.  It is accordingly

**ORDERED** that the telephone hearing scheduled for Tuesday, September 25, 2007 is **CANCELED**.  The Motion for Emergency Hearing on Temporary Restraining Order (document #5) is **DENIED** as moot.

So **ORDERED** and **SIGNED** this  24  day of  **September, 2007.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE