IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHESTER H. TRIDLE, JR., ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV213 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

      Plaintiff Bobby Conner filed a Motion for Emergency Hearing on Temporary Restraining Order (document #5) on September 21, 2007. Plaintiff sought a Temporary Restraining Order to restrain Defendant from proceeding with an investigatory hearing that was scheduled for Wednesday, September 26, 2007. The matter was set for a hearing to be conducted on September 25, 2007. The undersigned then received notice that the investigatory hearing was canceled and the hearing on Plaintiff's motion for a TRO was canceled.

      On October 1, 2007, Plaintiffs filed an Amended Motion for Emergency Hearing and Temporary Restraining Order and/or Protective Order and Motion for Attorneys' Fees (document #8). Plaintiffs assert that the investigatory hearing concerning Plaintiff Bobby Conner has been rescheduled for October 11, 2007. After due consideration, it is hereby

      **ORDERED** that a hearing will be conducted on **Wednesday, October 10, 2007 at 10:00 a.m.** in the courtroom of United States Magistrate Judge Judith K. Guthrie, 211 W. Ferguson St.,

Suite 300, Tyler, Texas 75702.

At this point in the proceedings, Defendant has not filed an answer to the lawsuit. Plaintiffs shall diligently attempt to provide notice of the hearing to Defendant by notifying a corporate representative and attorney Mainess Gibson, who has represented Defendant in other FELA lawsuits and has corresponded with counsel for Plaintiffs on this matter.

So **ORDERED** and **SIGNED** this **2**  day of  **October, 2007.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE