IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHESTER H. TRIDLE, JR., ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV213 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

On this date, the undersigned conducted a telephone hearing, and granted by separate order, Plaintiffs' Motion for Enforcement of Protective Order and Motion for Sanctions (document #24). The undersigned has determined that the protective order entered on October 10, 2007 should be clarified. It is accordingly,

**ORDERED** that Union Pacific Railroad Company may not compel Bobby Conner to attend an investigation hearing concerning any matters relating to the subject matter of this litigation unless the protective order is withdrawn or overturned by a higher court; nor shall Union Pacific Railroad Company take disciplinary action against Bobby Conner for his failure to attend such an investigation/disciplinary hearing. It is further

**ORDERED** that Union Pacific Railroad Company may not compel Bobby Conner to provide personal medical information and/or records relating to the subject matter of this litigation, except in accordance with the Federal Rules of Civil Procedure, nor shall Union Pacific Railroad Company take any disciplinary action against Bobby Conner for his noncompliance with such requests.

So **ORDERED** and **SIGNED** this **10** day of **December, 2007.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE