IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHESTER H. TRIDLE, JR. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV213 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

Plaintiffs Chester H. Tridle, Jr., James M. Jackson, Norman Davis and Bobby Conner filed the above-styled lawsuit on September 10, 2007, in the Eastern District of Texas, Lufkin Division. The matter was referred to the undersigned to conduct pretrial proceedings in accordance with 28 U.S.C. § 636.

On March 28, 2008, Defendant filed a Motion to Transfer Venue, seeking a transfer of all claims to the District of Nebraska. Recently, the Fifth Circuit granted a petition for rehearing en banc regarding the decision of *In re Volkswagen*, 506 F.3d 376 (5th Cir. 2007), vacating its previous opinion and judgment and staying the mandate. *See In re Volkswagen*, No. 07-40058 (5th Cir. Feb. 14, 2008) (order granting petition). The undersigned finds that the *Volkswagen* decision is central to an analysis of a 28 U.S.C. § 1404(a) transfer in this Circuit. As a result, the case should be stayed pending the en banc decision of the Fifth Circuit in *Volkswagen*. In light of the foregoing, it is hereby

**ORDERED** that the above-styled case is **STAYED**, pending the en banc decision of the Fifth Circuit in the matter of *In Re Volkswagen*. It is further

**ORDERED** that the Agreed Motion for Continuance (document #58) is **GRANTED**, such that the Court will re-set the trial schedule, if appropriate, after the stay is lifted.

So **ORDERED** and **SIGNED** this **10** day of **April, 2008.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE