IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHESTER H. TRIDLE, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV213 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

On March 28, 2008, Defendant filed a Motion to Transfer Venue, seeking a transfer of all claims to the District of Nebraska. In light of the Fifth Circuit's recent order granting a petition for rehearing en banc regarding the decision of *In re Volkswagen*, 506 F.3d 376 (5th Cir.2007),[1] United States Magistrate Judge Judith Guthrie issued an Order staying the above-styled lawsuit pending the en banc decision from the Fifth Circuit in the matter of *In re Volkswagen*. On April 24, 2008, Plaintiffs filed a Motion for Reconsideration of Magistrate Judge's Order Staying Plaintiffs' Action (document #62).

Plaintiffs seek reconsideration by the district judge of Judge Guthrie's Order pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, Rule 4(A). Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, Rule 4(A), a district judge may set aside all or part of a magistrate judge's order on a pretrial matter if it is shown that the magistrate

---

[1]See *In re Volkswagen*, No. 07-40058 (5th Cir. Feb. 14, 2008).

judge's order is clearly erroneous or contrary to law.

Having reviewed the pleadings, I find that Plaintiffs have not shown that Judge Guthrie's Order staying the case pending the en banc decision from the Fifth Circuit in the matter of *In re Volkswagen* is clearly erroneous or contrary to law. I further find that the decision in *In re Volkswagen* is controlling and the Magistrate Judge correctly ruled that this matter should be stayed pending the outcome of that case. It is therefore

**ORDERED** that Plaintiffs' Motion for Reconsideration of Magistrate Judge's Order Staying Plaintiffs' Action (document #62) is **DENIED**.

**SIGNED** this the **19** day of **May, 2008.**

_____
Thad Heartfield
United States District Judge

2