IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CHESTER H. TRIDLE, JR., JAMES  )
M. JACKSON, BOBBY W. CONNER,   )
and NORMAN DAVIS,              )
                               )
            Plaintiffs,        )          8:08CV470
                               )
      v.                       )
                               )
UNION PACIFIC RAILROAD         )          ORDER
COMPANY,                       )
                               )
            Defendant.         )
_____)
```

      This matter is before the Court on defendant's motion for reconsideration regarding order on motion for miscellaneous relief, order on motion for leave (Filing No. 108).  Defendant moves the Court to reconsider its June 22, 2009, order (Filing No. 106), wherein the Court denied defendant's motion to sever the plaintiffs' claims.  Defendant's suggestion that the Court reconsider its ruling at a later date once the facts showing commonality are more developed will be granted.  Accordingly,

      IT IS ORDERED that the Court will reserve ruling on defendant's motion for reconsideration until the close of discovery.  Defendant shall advise the Court of any additional facts supporting its motion within seven (7) days of the date discovery closes, and the Court will rule on defendant's motion

for reconsideration and alternative motion to continue the trial date at that time.

DATED this 12th day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court