```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

CHESTER H. TRIDLE, JR., JAMES  )
M. JACKSON, BOBBY W. CONNER,   )
and NORMAN DAVIS,              )
                               )
            Plaintiffs,        )         8:08CV470
                               )
      v.                       )
                               )
UNION PACIFIC RAILROAD         )         ORDER
COMPANY,                       )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on plaintiffs' motion for continuance of trial date and to amend final progression order (Filing No. 137).  At this time, the Court will grant the motion to continue the trial and will reschedule the final pretrial conference date.  The Court will reserve ruling at this time on whether to reopen discovery.  Accordingly,

IT IS ORDERED:

1) Final pretrial conference in this case is scheduled for:

**Friday, April 9, 2010, at 9:30 a.m.**

in the chambers of the Honorable F.A. Gossett, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The final pretrial conference shall be attended by lead counsel for represented parties.  Counsel shall complete prior to the pretrial conference all items as directed in NELR 16.2.  By the time of the pretrial conference, full preparationf or trial shall have been made so that trial may begin at anytime during the session indicated below.

2) Trial of this matter is scheduled for:

**Monday, April 26, 2010, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3) A ruling on the amendment of the final progression order concerning the reopening of discovery will be forthcoming.

DATED this 23rd day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court