```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

CHESTER H. TRIDLE, JR., JAMES  )
M. JACKSON, BOBBY W. CONNER,   )
and NORMAN DAVIS,              )
                               )
              Plaintiffs,      )          8:08CV470
                               )
       v.                      )
                               )
UNION PACIFIC RAILROAD         )          ORDER
COMPANY,                       )
                               )
              Defendant.       )
_____)
```

This matter is before the Court on plaintiffs' motion (Filing No. 160) for reconsideration of this Court's order of December 12, 2009 (Filing No. 159). The Court has reviewed plaintiffs' motion and supporting brief, as well as the brief of the defendant in opposition to said motion, and finds that the motion for reconsideration should be denied.

The Court notes that in addition to the notification delivered to plaintiff by counsel for defendant regarding identification of treating physicians as expert witnesses, the Court also referenced this matter during the scheduling conference that was held with the parties. Accordingly,

IT IS ORDERED that plaintiff's motion for reconsideration of the Court's December 12, 2009, order is denied.

DATED this 7th day of January, 2010.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court